UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. ROWE,<br><br>        Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO.  C05-1219-MJP<br>          (CR98-315-MJP)<br><br>ORDER FOR SERVICE AND<br>RETURN, 28 U.S.C. § 2255<br>MOTION |

Petitioner has filed a Motion pursuant to 28 U.S.C. § 2255. It is therefore ORDERED:

(1) The Clerk shall arrange for service by first class mail upon the United States Attorney of copies of the Motion and the attachments thereto, and of this Order. The Clerk shall also direct a copy of this Order and of the General Order to petitioner.

(2) Within **thirty (30) days** after such service, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts. As part of such Answer, the United States should state its position as to whether an evidentiary hearing is necessary and whether there is any issue as to abuse or delay under Rule 9. The United States shall file the Answer with the Clerk of the Court and serve a copy of the Answer upon petitioner.

(3) The Answer will be treated in accordance with Local Rule CR 7. **Accordingly, on the face of the Answer, the United States shall note it for consideration the fourth Friday**

ORDER FOR SERVICE AND
RETURN, 28 U.S.C. § 2255 MOTION
PAGE - 1

**after it is filed, and the Clerk shall note the Answer accordingly.**  Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter.  The United States may file and serve a reply brief not later than <u>the Friday designated for consideration of the matter</u>.  (This is a new provision, as previously all replies were required to be filed on the day before the noting date).  <u>See also Section 4</u>, concerning filing and service in general.

(4)   **<u>Filing and Service by Parties, Generally</u>.**  All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system.  Counsel are directed to the Court's website, www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF.  All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper original of any document for the Court's consideration.  All filings, whether filed electronically or in traditional paper format, must indicate in the upper right hand corner the name of the Magistrate Judge to whom the document is directed.

Additionally, any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.  The proof of service shall show the day and manner of service, and shall be provided in the form of either a signed certificate (for admitted attorneys of the bar of this Court), or by signed affidavit (for any non-attorney who served the document).

For electronic filers, the deadline for filing the answer is 11:59 p.m. <u>on the thirtieth (30) days after service</u>.  If a party files a paper original (i.e. a *pro se* and/or prisoner), the opposition to respondent's answer must be received in the Clerk's office by 4:30 p.m. on the Monday preceding the date of consideration (as noted on the first page of respondent's answer).  If a party fails to file and serve timely opposition to a motion, the court may deem any opposition to be without merit.

ORDER FOR SERVICE AND
RETURN, 28 U.S.C. § 2255 MOTION
PAGE - 2

(5) <u>Motions</u>

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to amended Local Rule CR 7(b), any argument being offered in support of a motion shall be submitted as part of the motion itself and not in a separate document. **The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the court's motion calendar.**

Stipulated and agreed motions, motions to file overlength motions or briefs, motions for reconsideration, joint submissions pursuant to the option procedure established in CR 37(a)(2)(B), motions for default, requests for the clerk to enter default judgment, and motions for the court to enter default judgment where the opposing party has not appeared shall be noted for consideration on the day they are filed. *See* Local Rule CR 7(d)(1). All other non-dispositive motions shall be noted for consideration no earlier than the third Friday following filing and service of the motion. *See* Local Rule CR 7(d)(3). All dispositive motions shall be noted for consideration no earlier than the fourth Friday following filing and service of the motion. <u>See also Section 4</u>, concerning filing and service in general.

(6) <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

(7) The Clerk is directed to send a copy of this Order to the Honorable Marsha J. Pechman.

DATED this 18th day of April, 2006.

                                                  /s/ M.J. Benton
                                                Monica J. Benton
                                                United States Magistrate Judge