UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. ROWE, <br><br>       Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>       Respondent. | CASE NO.   C05-1219-MJP <br>             (CR98-315-MJP) <br><br> ORDER DISMISSING MOTION <br> UNDER 28 U.S.C. § 2255 |

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) is DENIED.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Hon. Monica J. Benton.

DATED this 12th day of September, 2006.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER DISMISSING § 2255 MOTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  ORDER DISMISSING § 2255 MOTION